UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JENNIFER C. HOLBROOK                                              PLAINTIFF

v.                                       CIVIL ACTION NO.: 3:10CV53-DAS

COMMISSIONER OF SOCIAL SECURITY                                   DEFENDANT

## ORDER DISMISSING CASE

By Order (# 10) dated September 15, 2010, the claimant was directed to file her brief in support of the complaint within 30 days. On December 17 the court entered a Show Cause Order (# 14) which required the claimant to show why this case should not be dismissed for her failure to file a brief and for failure to prosecute her case. Because the claimant has failed to respond, this case is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED this 4th day of January, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE